**Order entered October 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00923-CV

### CURTIS MAYS, Appellant

### V.

### PIPER HUNN, TRISHA MOORE AND
### RED DOG PROPERTIES, LLC, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04535-C**

## ORDER

Before the Court are appellant's October 14, 2019 first motion for summary reversal and first motion for an extension of time to file the notice of appeal. We rule as follows.

We **GRANT** the extension motion and deem the notice of appeal filed July 26, 2019 timely for jurisdictional purposes. We **DENY** the motion for summary reversal.

We note the reporter's record has not been filed because appellant has not requested it. By letter dated September 30, 2019, we directed appellant to file, within ten days, written verification he had requested the record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, appellant has not

complied.  *See* TEX. R. APP. P. 37.3(c).  Accordingly, we **ORDER** the appeal submitted without the reporter's record.  *See id.*

As appellant filed his brief on the merits October 14, 2019, we **ORDER** appellees' brief be filed no later than November 13, 2019.


/s/      KEN MOLBERG
JUSTICE